UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR S. LUCIOZAMUDIO,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR OFFICIALS, et.al.,<br><br>    Defendants. | Case No.: 1:19-cv-01437-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 12) |

Plaintiff Edgar S. Luciozamudio is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 24, 2020, the Court screened Plaintiff's complaint and found that Plaintiff stated cognizable claims against Defendant Estrada for excessive force in violation of the Eighth Amendment and against Defendant Torres for failure to intervene in the excessive use of force in violation of the Eighth Amendment, but failed to state any other cognizable claims against any other defendants. (ECF No. 10.) The Court ordered Plaintiff to either file a first amended complaint or notify the Court in writing of his willingness to proceed only on the cognizable claims. (Id.)

On March 5, 2020, Plaintiff notified the Court of his willingness to proceed only on the cognizable claims identified by the Court on February 24, 2020. (ECF No. 11.)

1

Therefore, on March 9, 2020, the Magistrate Judge issued Findings and Recommendations recommending that this action proceed against Defendant Estrada for excessive force in violation of the Eighth Amendment and against Defendant Torres for failure to intervene in the excessive use of force in violation of the Eighth Amendment, and all other claims and Defendants be dismissed from the action. (ECF No. 12.)  The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. (Id.)  No objections were filed and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on March 9, 2020 (ECF No. 12), are adopted in full;
2. The instant action shall proceed against Defendant Estrada for excessive force in violation of the Eighth Amendment and against Defendant Torres for failure to intervene in the excessive use of force in violation of the Eighth Amendment; and
3. All other claims and Defendants are dismissed from the action for failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated:   June 26, 2020                   _____
                                          SENIOR  DISTRICT  JUDGE