UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR S. LUCIOZAMUDIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR OFFICIALS, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-01437-AWI-SAB (PC)<br><br>ORDER VACATING MAY 11, 2021 SETTLEMENT CONFERENCE, LIFTING STAY OF PROCEEDINGS, AND DIRECTING THE CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 20) |

Plaintiff Edgar S. Luciozamudio is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This action proceeds against Defendant Estrada for excessive force in violation of the Eighth Amendment and against Defendant Torres for failure to intervene in the excessive use of force in violation of the Eighth Amendment.

On March 9, 2021, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 19.) The Court's order granted Defendants time to investigate and determine whether to opt out of the post-screening ADR project.

///

On April 7, 2021, Defendants filed a declaration of counsel in support of a notice to opt out of the early settlement conference. (ECF No. 20.) After reviewing the request, the Court finds good cause to grant Defendants' request. Therefore, the stay is lifted, and the May 11, 2021, settlement conference is vacated. This case is now ready to proceed.

Accordingly, IT IS HEREBY ORDERED that:

1. The May 11, 2021 settlement conference is VACATED;
2. The stay of this action (ECF No. 19) is LIFTED; and
3. The Court of Court shall issue the Discovery and Scheduling Order.

IT IS SO ORDERED.

Dated:   **April 8, 2021**

UNITED STATES MAGISTRATE JUDGE