# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR S. LUCIOZAMUDIO,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR OFFICIALS, et.al.,<br><br>    Defendants. | Case No.: 1:19-cv-01437-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SERVE EXPERT DISCLOSURES<br><br>(ECF No. 27) |

Plaintiff Edgar S. Luciozamudio is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion for an extension of time to serve expert disclosures, filed March 15, 2022.

Good cause having been presented, it is HEREBY ORDERED that Defendants shall serve expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) on or before March 29, 2022.

IT IS SO ORDERED.

Dated:  **March 15, 2022**

UNITED STATES MAGISTRATE JUDGE

1