UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR S. LUCIOZAMUDIO,<br><br>             Plaintiff,<br><br>      v.<br><br>CDCR OFFICIALS, et.al.,<br><br>             Defendants. | Case No.: 1:19-cv-01437-SAB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WITHIN FIFTEEN DAYS WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S SCHEDULING ORDER<br><br>(ECF No. 30) |

Plaintiff Edgar S. Luciozamudio is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendant Estrada for excessive force and against Defendant Torres for failure to intervene in the excessive force in violation of the Eighth Amendment, and is set for jury trial on September 13, 2022. Pursuant to the Court's March 29, 2022, order Plaintiff's pretrial statement was due on or before July 1, 2022. (ECF No. 30.) Plaintiff has failed to file his pretrial statement and the time to do so has now passed. Accordingly, it is HEREBY ORDERED that:

1. Within **fifteen (15) days** from the date of service of this order, Plaintiff shall show cause sanctions should not be imposed for failing to comply with the scheduling order; and

///

///

1

2. The failure to respond to this order will result in dismissal of this action, with prejudice.

IT IS SO ORDERED.

Dated: **July 11, 2022**

UNITED STATES MAGISTRATE JUDGE