1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR S. LUCIOZAMUDIO, <br><br> Plaintiff, <br><br> v. <br><br> CDCR OFFICIALS, et.al., <br><br> Defendants. | Case No.: 1:19-cv-01437-SAB (PC) <br><br> ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM DEADLINES SET FORTH IN THE AMENDED PRETRIAL SCHEDULING ORDER <br><br> (ECF No. 32) |

    Plaintiff Edgar S. Luciozamudio is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    This case is currently set for jury trial on September 13, 2022.

    On July 11, 2022, the Court ordered Plaintiff to show cause within fifteen days why sanctions should not be imposed for his failure to file a timely pretrial statement. (ECF No. 31.)

    Currently before the Court is Defendants' motion for relief from the deadlines set forth in the amended pretrial scheduling order, filed July 13, 2022. Although Plaintiff did not file a timely pretrial statement and order to show cause is pending, the Court does not find to prudent to extend the deadline, at this juncture. Should Plaintiff respond to the order to show cause, the Court intends to proceed with the trial and if the Court granted Defendants' current request it would in effect require

1

the Court to vacate the trial date. However, in light of the fact that Plaintiff has not filed a pretrial statement, the Court will sua sponte extend the time for Defendants to file their pretrial statement.

Accordingly, it is HEREBY ORDERED that:

1. Defendants' motion to be relieved of the amended pretrial scheduling order is denied;
2. Defendants shall file their pretrial statement on or before July 20, 2022; and
3. All other terms and deadlines set forth in the Court's March 29, 2022 scheduling order remain in effect.

IT IS SO ORDERED.

Dated: __July 13, 2022__

UNITED STATES MAGISTRATE JUDGE