UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR S. LUCIOZAMUDIO,<br><br>     Plaintiff,<br><br>v.<br><br>CDCR OFFICIALS,<br><br>     Defendants. | Case No. 1:19-cv-01437-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE EDGAR S. LUCIOZAMUDIO**, CDCR #AT-1015 (VIA TELEPHONE)<br><br>DATE: July 29, 2022<br>TIME: 9:30 a.m. |

**Inmate Edgar S. Luciozamudio, CDCR #AT-1015**, a necessary and material participant on his own behalf in proceedings in a telephonic trial confirmation hearing on July 29, 2022, is confined at the California Substance Abuse Treatment Facility and State Prison, Corcoran, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by telephone from his present institution of confinement** before Magistrate Judge Stanley A. Boone on July 29, 2022, at 9:30 a.m.

  **ACCORDINGLY, IT IS ORDERED that:**

  1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by telephone** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

  2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

  **To: The Warden of the California Substance Abuse and Treatment Facility:**

  **WE COMMAND** you to produce the inmate named above to appear by telephone from his present institution at the time and place above, until completion of the proceedings, or as ordered by the court.

  **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
IT IS SO ORDERED.

Dated:  **July 14, 2022**                
                     UNITED STATES MAGISTRATE JUDGE

